INTERNATIONAL UNDERWEAR CORPORATION, Respondent, *v.*
BROOKLYN TRUST COMPANY, Appellant.

Argued October 13, 1941; decided November 19, 1941.

*Dimitri G. S. Eristoff* for appellant.

*Milton Levitan, Edgar T. Schleider* and *I. Gainsburg* for respondent.

Order affirmed, with costs, and question certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.